IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON SCIENTIFIC ) <br> CORPORATION, MEDTRONIC ) <br> VASCULAR, INC., and SCIMED ) <br> LIFE SYSTEMS, INC., ) <br> ) <br> Defendants. ) | Civ. No. 97-550-SLR |
| BOSTON SCIENTIFIC ) <br> CORPORATION and SCIMED LIFE ) <br> SYSTEMS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ETHICON, INC., CORDIS ) <br> CORPORATION, and JOHNSON & ) <br> JOHNSON INTERVENTIONAL ) <br> SYSTEMS, COMPANY, ) <br> ) <br> Defendants. ) | Civ. No. 98-019-SLR |

**O R D E R**

At Wilmington this 28th day of March, 2005,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8)

jurors in the above entitled case for the dates of March 17, 18, and 21-24, 2005.

                                       _____
                                       United States District Judge

cc: Financial Administrator