IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON, INC., CORDIS CORPORATION, and JOHNSON & JOHNSON INTERVENTIONAL SYSTEMS, COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 98-019-SLR ) ) ) ) ) ) ) ) |

O R D E R

For reasons stated in the jury verdict of March 24, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Ethicon, Inc., Cordis Corporation, and Johnson & Johnson Interventional Systems, Company and against plaintiffs Boston Scientific Corporation and Scimed Life Systems, Inc.

_____
United States District Judge

Dated: March 31, 2005

_____
(By) Deputy Clerk