AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **Delaware**

Cordis
v.
BSC/Scimed

**EXHIBIT AND WITNESS LIST**

Case Number: 97-550-SLR
98-19-SLR
98-197-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Steve Balick, Esq. | Josy Ingersoll, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/17/05-3/18/05, 3/21-3/24/05 | V. Gunning | J. Assone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7550 | | 3/17/05 | | ✓ | Picture of Palmaz Schatz Stent (Fischell) |
| 2940 | | | | ✓ | Physical - Palmaz Schatz Stent |
| 3262A | | | | ✓ | Picture of Bx Velocity Stent |
| 1610 | | | | ✓ | Monograph (Palmaz) |
| 3641 | | | | ✓ | Program Book - The Third Annual Course on Diagnos... |
| 3658 | | | | ✓ | Letter to Palmaz from Rosenbluth 2/2/83 |
| 3 | | | | ✓ | U.S. Patent '762, Palmaz |
| 3768 | | | | ✓ | Letter from Reed to Roman 3/5/86 |
| 7707 | | | | ✓ | Picture Palmaz Stent |
| 7607 | | | | ✓ | Website - Presidential Award Ceremony 2003 |
| 7605 | | | | ✓ | Surfacts in Biomaterials spring 2004 |
| 7611 | | | | ✓ | Website - 1/18 15th Annual ISET |
| 7618 | | | | ✓ | Website - ISE's Night of Honors + Gala |
| 3642 | | | | NO | Invoice - 8/22/79 |
| 3643 | | | | NO | Invoice - 10/24/79 |
| 3644 | | | | NO | 8/24/79 - Invoice |
| 3645 | | | | NO | Invoice 9/10/79 |
| | 4507 | | | NO | The University of TX Health Science Center |
| | 1137 | | | NO | Report of Invention - Request Release to file |
| | 1126 | | | NO | 5/17/85 Letter to Emhardt, J.P. |
| | 1514 | 3/18/05 | | ✓ | Clinical Use of the Palmaz-Schatz Intracoronary Stent |
| | 1500 | | | ✓ | Intravascular Stents: Basic Physical + Biological Properties |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __5__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. BSC/Scimed    CASE NO. 97-550-SLR, 98-197-SLR, 98-19-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 15147 | 3/18/05 | | ✓ | U.S. Patent '443, Barone et al. 1/1/94 (Palmaz) |
| | 15019 | | | ✓ | Research Project - Palmaz Expandable Vascular Endo Prosthesis |
| (95) | 5004 | | (admitted 3/21/05) | ✓ | U.S. Patent '794, Ersek |
| 186 | | | | ✓ | Device that Opens Clogged Arteries acts a failing... (Croce) |
| | 15355 | | | ✓ | BX Velocity Stent w/ Raptor Instructions for Use Over-the-Wire Delivery System |
| | 15352 | | ✓ | | BX Velocity - Product Information Portfolio |
| 7687 | | | | ✓ | License Agreement - Abbott Labs. / Cordis |
| 188 | | | | ✓ | Article: "Crackers, Breakers, Stretchers, Drillers" (Butler) |
| 193 | | | | ✓ | U.S. Patent '568, Gianturco, 4/8/86 |
| 658 | | | | ✓ | U.S. Patent '569, Dotter, 3/12/85 |
| 3219 | | | | ✓ | U.K. Patent Application GB 2,135,585A |
| 185 | | | | ✓ | Editorial - New England Journal - Coronary Artery Stents... |
| 84 | | | | ✓ | Article: Kunz, Baim "Defining Coronary Restenosis" |
| 7075 | | | | ✓ | Supplement to Circulation, Vol. 88 #4, Part 2 |
| 205 | | | | ✓ | Intracoronary Stenting, from Concept to Custom |
| 227 | | | | ✓ | 8/25/94 - "A comparison of Balloon-Expandable..." |
| 228 | | | | ✓ | A Randomized Comparison of Coronary Stent... |
| 1 | | | | ✓ | U.S. Patent '665, Palmaz, 3/29/88 |
| 3251A | | | | ✓ | Picture - Stent |
| 3251B | | | | ✓ | Picture - Stent |
| 3251C | | | | ✓ | Picture - Stent |
| 3251D | | | | ✓ | Picture - Stent |
| 7207 | | | | ✓ | Handbook of Coronary Stents |
| 7336 | | | | ✓ | NIR Stent Strut Thickness Measurements |
| 7336A | | | Demonstrative | | NIR Stent Strut Thickness Measurements |
| 339 | | | | ✓ | BSC Engineering Drawings |
| 7542G | | | | ✓ | Picture |

Page 2 of 5 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. BSC/Scimed    CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7510A | | 3/18/05 | | ✓ | Picture  (Buller) |
| 7542C | | | | ✓ | Picture |
| 7542I | | | | ✓ | Picture |
| 7542D | | | | ✓ | Picture |
| 3788 | | | | ✓ | Picture |
| 2846 | | | | ✓ | CE Registration, Medical Device Directive |
| 3796 | | | | ✓ | Physical - NIR Stent, orangeburg |
| 4 | | | | ✓ | Re-examination Certificate |
| 277 | | | | ✓ | Handbook - Coronary Stenting Current Perspectives |
| 3810 | | | | ✓ | Edoluminal stenting |
| 3801 | | | | ✓ | Interventional Cardiovascular Medicine |
| 95 | | | | (admitted as 15004) | U.S. Patent, Ersek '744 |
| 4042 | | | | ✓ | Declaration of Andros |
| 14 | | | | ✓ | File History for U.S. Patent '762 |
| 7216 | | | | ✓ | 1984 Radiology program Nov/1984 |
| 101 | | | | ✓ | Expandable Intraluminal Graft - A Preliminary study |
| 3093 | | | | ✓ | Percutaneous Endovascular Stents: An Experimental Evaluation |
| 611 | | | | ✓ | RSNA Scientific Program - Nov/1985 |
| 207 | | | | ✓ | Flexible Balloon-expanded Stent for Small Vessels |
| 194 | | | | ✓ | U.S. Patent '882, Gianturco 1/31/89 |
| 7691 | | | | ✓ | Palmaz-Schatz, Bx velocity, Cypher - picture |
| 12 | | 3/21/05 | | ✓ | Re-examination vol.1 File wrapper '762 |
| 13 | | | | ✓ | File wrapper vol.2 '762 |
| 15211 | | | | ✓ | Coronary Stenting - current perspectives |
| | 15177 | | | ✓ | orange handbook - Third Edition |
| | 15337 | | ✓ | ✓ | Expanded Metal |
| | 15358 | | ✓ | ✓ | Expanded Metal in Frame |

Page 3 of 5 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. BSC/Scimend    CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 15006 | 3/21/05 |  | ✓ | Abstract - Expandable Intraluminal Graft - (Buller) |
| 7819 |  |  | IO ✓ |  | (LaViolette) |
|  | 5368 |  |  | ✓ | picture -  (Richter) |
|  | 15246 |  |  | ✓ | physical exhibit - orange box |
|  | 15061 |  |  | ✓ | Picture - BSci 10 Nov 2000 |
|  | 15053 |  |  | ✓ | BScientific 25 Feb 2000 - Picture |
|  | 15069 |  |  | ✓ | 24118587 emb 3.5 x 16 mm NIR Primo Picture |
|  | 15373 |  |  | ✓ | 24118269 emc Expanded 1514628 - Picture |
|  | 15375 |  |  | ✓ | Picture 24118269 ema Expanded - Picture |
|  | 15370 |  |  | ✓ | Medinol, NIR etched in a flat sheet + folded |
|  | 15114 |  |  | ✓ | Handbook of Coronary Stents - 2nd edition |
|  | 15055 |  |  | ✓ | Picture BSC 10 Nov 200 |
|  | 15070 |  |  | ✓ | Picture - 24118587 emc 3.5 x 16 mm primo NIR |
| 7803 |  | 3/30/05 |  | ✓ | Internal BSC doc. - Competitive Testing |
| 7801 |  |  |  | ✓ | Memo - Taylor 27 Oct 98 NIR on FAR strut width, thickness |
| 3720A |  |  |  | ✓ | Medinol Chapter IV NIR Manufacturing & features |
|  | 15357 |  |  | OBJ ✓ | Brochure In-model at - Dexmet Difference (Snyder) |
|  | 15358 |  | ✓ | OBJ | Brochure in - model at |
|  | 15010 |  |  | ✓ | picture |
|  | 15292 |  |  | ✓ | picture |
|  | 15011 |  |  | ✓ | picture |
|  | 15012 |  |  | ✓ | picture |
|  | 15013 |  |  | ✓ | picture |
|  | 15014 |  |  | ✓ | picture - exhibit C5 |
|  | 15276 |  |  | ✓ | picture |
|  | 15280 |  |  | ✓ | picture |
|  | 15016 |  |  | ✓ | picture exhibit C7 |

Page 4 of 5 Pages

AO 187A (Rev. 7/87) — **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. BSC    CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | 15250 | 3/22/05 | | ✓ | picture 2500 3957 ema  (Snyder) |
| | 15253 | | | ✓ | picture 2500 3957 um d |
| | 15263 | | | ✓ | picture |
| | 15305 | | | ✓ | picture |
| | 15168 | | Demonstrative OBJ | NO | Sample stent – Demonstrative |
| | 15083 | | | ✓ | picture |
| | 15050 | | | ✓ | picture |
| | 15054 | | | ✓ | picture |
| | 15061 | | | | already in under Richter |
| | 15078 | | | ✓ | picture 2411 8585 eme |
| | 15067 | | | ✓ | picture – 2411 8587 |
| | 15069 | | | | already admitted under Richter |
| | 15070 | | | | already admitted under Richter |
| 7801 | | | | ✓ | Dimensional Inspection of NIR Stent C-shrt |
| 7686 | | | ✓ | | expanded metal |
| 7270 | | | ✓ | | Ersek's CV |
| 7608 | | | ✓ | |  (Law) |