IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>        Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION,<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>        Defendants. | Case No. 98-19-SLR |

**STIPULATION AND ORDER**

WHEREAS on April 14, 2005, Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. (collectively "BSC") filed a motion to amend the judgment (D.I. 1382);

WHEREAS on April 28, 2005, Plaintiff Cordis Corporation ("Cordis") filed a cross-motion to amend the judgment (D.I. 1400) and a combined answering brief in

opposition to BSC's motion to amend the judgment and opening brief in support of Cordis' cross-motion to amend the judgment (D.I. 1401);

WHEREAS BSC's reply brief in support of BSC's motion is due on May 5, 2005 and BSC's answering brief in opposition to Cordis's cross-motion is due on May 12, 2005;

WHEREAS extending the due date for BSC's reply brief from May 5, 2005 to May 12, 2005 would permit BSC to file a combined reply brief and answering brief on May 12, 2005 instead of a separate reply brief and answering brief;

IT IS HEREBY STIPULATED by Cordis and by BSC, subject to the approval of the Court, that BSC shall file and serve its combined reply brief in support of BSC's motion and answering brief in opposition to Cordis's motion on May 12, 2005;

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ John G. Day | /s/ Karen E. Keller |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |
| Attorneys for Plaintiff Cordis Corporation | Attorneys for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. |
| Dated: May 4, 2005 | Dated: May 4, 2005 |

SO ORDERED this ____ day of May, 2005

_____
Chief Judge

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> Karen Jacobs Louden Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE  19899-1347

I further certify that on May 4, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Michael J. Timmons, Esquire
> Patterson, Belknap, Webb & Tyler, LLP
> 1133 Avenue of the Americas
> 20th Floor
> New York, NY 10036

Raphael V. Lupo, Esquire
D. Michael Underhill, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation
and Scimed Life Systems, Inc.