IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION,<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>　　　　Defendants. | Case No. 98-19-SLR |

## **NOTICE**

PLEASE TAKE NOTICE that briefing on Boston Scientific Corp. and Boston Scientific Scimed, Inc.'s (formerly Scimed Life Systems, Inc.) renewed motion for judgment as a matter of law and, in the alternative, for a new trial (D.I. 1385, 1395 and 1419) has been completed and

Boston Scientific Corp. and Boston Scientific Scimed, Inc. hereby respectfully request the Court to grant oral argument.

*[signature: Karen L. Keller]*

Josy W. Ingersoll (I.D. #1088)
Karen E. Keller (I.D. #4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com
ATTORNEYS FOR BOSTON SCIENTIFIC CORPORATION, and SCIMED LIFE SYSTEMS, INC.

OF COUNSEL:

Charles R. Brainard
George E. Badenoch
Albert J. Breneisen
John W. Bateman
Mark Chapman
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

Dated: May 26, 2005

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on May 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899
>
>Karen Jacobs Louden Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on May 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler, LLP
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036

Raphael V. Lupo, Esquire
D. Michael Underhill, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation
 and Scimed Life Systems, Inc.