IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON SCIENTIFIC CORPORATION, ) <br> BOSTON SCIENTIFIC SCIMED, INC., ) <br> and MEDTRONIC AVE, INC. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 97-550-SLR <br> (consolidated) |
| BOSTON SCIENTIFIC CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORDIS CORPORATION, ETHICON, INC. ) <br> and JOHNSON & JOHNSON ) <br> INTERVENTIONAL SYSTEMS CO., ) <br> ) <br> Defendants. ) | Civil Action No. 98-19-SLR |

**ORDER**

At Wilmington, this ~~27~~th day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1. BSC's motion to amend the judgment (Civ. No. 97-550-SLR, D.I. 1382) is granted in part and denied in part;

2. BSC's motion to amend the judgment (Civ. No. 98-19-SLR, D.I. 191) is granted in part and denied in part;

3. BSC's motion for judgment as a matter of law, and, in

the alternative, for a new trial (Civ. No. 97-550-SLR, D.I. 1385) is denied;

4.    BSC's motion for judgment as a matter of law, and, in the alternative, for a new trial (Civ. No. 98-19-SLR, D.I. 192) is denied;

5.    Cordis' cross motion to amend the judgment (Civ. No. 97-550-SLR, D.I. 1400) is granted in part and denied in part; and

6.    Cordis' cross motion to amend the judgment (Civ. No. 98-19-SLR, D.I. 198) is granted in part and denied in part.

                                                        */s/*                    
                                          United States District Judge