IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON SCIENTIFIC CORPORATION, ) <br> BOSTON SCIENTIFIC SCIMED, INC., ) <br> and MEDTRONIC AVE, INC. ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> BOSTON SCIENTIFIC CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORDIS CORPORATION, ETHICON, INC. ) <br> and JOHNSON & JOHNSON ) <br> INTERVENTIONAL SYSTEMS CO., ) <br> ) <br> Defendants. ) | Civil Action No. 97-550-SLR <br> (consolidated) <br><br><br><br><br><br><br><br><br><br> Civil Action No. 98-19-SLR |

**JUDGMENT IN A CIVIL CASE**

Pursuant to the notice of withdrawal of claims based on U.S. Patent No. 5,102,417, dated March 22, 2000 (D.I. 662); the jury verdict, dated December 11, 2000 (D.I. 182 (Civ. No. 98-197-SLR)); the court's memorandum opinion and order, dated March 28, 2002 (D.I. 1127, 1128); the court's memorandum order, dated May 15, 2002 (D.I. 1153); the court's September 22, 2004 ruling (D.I. 1253 at 27); and the jury verdict, dated March 24, 2005 (D.I. 1366):

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis Corporation, Ethicon, Inc. and Johnson & Johnson Interventional Systems Co. (collectively "Cordis") and against Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life System, Inc.)(collectively "BSC") with respect to BSC's infringement of claims 23 and 44 of United States Patent No. 4,739,762 (the "'762 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to

the validity of claim 23 of the '762 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the infringement of claim 22 of United States Patent No. 5,902,332 (the "'332 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the validity of claim 44 of the '762 patent and claim 22 of the of the '332 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to the enforceability of the '762 patent and the '332 patent;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis' complaint alleging infringement by BSC of claims 44, 51, 52 and 54 of the '762 patent, claims 17, 18, 25 and 26 of U.S. Patent No. 5,102,417, and claims 22 and 24 of the '332 patent, be dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the issue of damages for BSC's infringement of claim 23 of the '762 patent is deferred until after all relevant liability issues are finally determined through appeal; and

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. L.R. 54.1, BSC shall pay Cordis its costs incurred with respect to the '762 patent.

Dated: March 27, 2006

_____
United States District Judge

_____
(By) Deputy Clerk