IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 97-550-SLR |
| | ) | (consolidated) |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| BOSTON SCIENTIFIC SCIMED, INC., | ) | |
| and MEDTRONIC AVE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MEDTRONIC AVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 97-700-SLR |
| | ) | |
| CORDIS CORPORATION, JOHNSON & | ) | |
| JOHNSON and EXPANDABLE GRAFTS | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 98-19-SLR |
| | ) | |
| CORDIS CORPORATION, ETHICON, INC. | ) | |
| and JOHNSON & JOHNSON | ) | |
| INTERVENTIONAL SYSTEMS CO., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, this 27th day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1.  Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 97-550-SLR, D.I. 1393) is denied.

2.  Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 97-700-SLR, D.I. 308) is denied.

3.  Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 98-19-SLR, D.I. 193) is denied.

_____
United States District Judge